IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIERRE GRAHAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, ACTING | : | NO. 20-1447 |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 29th day of July, 2021, upon consideration of Plaintiff's Request for Review (Doc. No. 10), Defendant's Response thereto (Doc. No. 11), and Plaintiff's Reply (Doc. No. 12), it is hereby ORDERED that:

1. The Plaintiff's Request for Review is GRANTED to the extent that the matter is REMANDED to the Commissioner of the Social Security Administration for further proceedings consistent with this Court's Memorandum Opinion and in accordance with the fourth sentence of 42 U.S.C. § 405(g); and

2. The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:

*/s/Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE